**STATE of Missouri, Plaintiff/Respondent,**

v.

**Michael MINOR, Defendant/Appellant.**

No. 57742.

Missouri Court of Appeals, Eastern District, Division One.

Sept. 18, 1990.

---

Lew A. Kollias, John Klosterman, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction for first degree burglary.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).